UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 22-7374-DMG (JEMx)** | Date | April 27, 2023 |
|---|---|---|---|
| Title | ***JRUCW, Inc., et al. v. Starbucks Corporation, et al.*** | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY PLAINTIFFS' SECOND AMENDED COMPLAINT SHOULD NOT BE STRICKEN**

On April 24, 2023, Plaintiffs JRUCW, Inc., JRUCW Pizza, Inc., KSTAR, Inc., and MIRABUX, Inc., filed their Second Amended Complaint ("SAC"). [Doc. ## 38-40.] Plaintiffs have already amended their complaint once as a matter of course. [*See* Doc. ## 31, 32.] A second amendment therefore requires the opposing party's written consent or the court's leave. *See* Fed. R. Civ. P. 15(a)(2). There is no indication on the docket that Plaintiffs obtained Defendant Starbucks Corporation's written consent, and Plaintiffs did not receive the Court's leave.

Accordingly, Plaintiffs are **ORDERED TO SHOW CAUSE** why their SAC should not be stricken for failure to satisfy Rule 15. Plaintiffs shall file a written response to this Order no later than **May 10, 2023**. The failure to provide a timely and satisfactory response will result in the Court striking the SAC.

**IT IS SO ORDERED.**