**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JRUCW, INC., *et al.*,<br><br>                 Plaintiffs,<br><br>     v.<br><br>STARBUCKS CORPORATION,<br><br>                 Defendant. | Case No. CV 22-7374-DMG (KSx)<br><br>**JUDGMENT** |

This Court having granted Defendant Starbucks Corporation's motion for summary judgment, by Order dated October 17, 2024,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant Starbucks Corporation and against Plaintiffs JRUCW, Inc., JRUCW Pizza, Inc., KSTAR, Inc., and MIRABUX, Inc.

DATED: October 17, 2024

_____
DOLLY M. GEE
Chief United States District Judge