1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11  JRUCW, INC., *et al.*,                    )    Case No. CV 22-7374-DMG (KSx)
                                              )
12                          Plaintiffs,       )
                                              )    **AMENDED JUDGMENT**
13              v.                            )
                                              )
14  STARBUCKS CORPORATION,                    )
                                              )
15                          Defendant.        )
                                              )
16                                            )
                                              )
17                                            )
                                              )
18  _____        )
19
20
21
22
23
24
25
26
27
28

1    This Court having granted Defendant Starbucks Corporation's motion for summary

2    judgment, by Order dated October 17, 2024 [Doc. # 102];

3    And this Court having entered Judgment in favor of Defendant Starbucks

4    Corporation and against Plaintiffs JRUCW, Inc., JRUCW Pizza, Inc., KSTAR, Inc., and

5    MIRABUX, Inc. on October 17, 2024 [Doc. # 103];

6    And this Court having granted in part and denied in part Defendant Starbucks

7    Corporation's Motion for Attorneys' Fees, wherein Defendant Starbucks Corporation was

8    awarded $295,835.44 in attorneys' fees and $4,607.34 in costs, for a total award of

9    $300,442.78 on September 30, 2025 [Doc. # 121];

10    The Judgment filed and entered on October 17, 2024 [Doc. # 103] is amended as

11    follows:

12    **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that an amended

13    judgment is entered in favor of Defendant Starbucks Corporation and against Plaintiffs

14    JRUCW, Inc., JRUCW Pizza, Inc., KSTAR, Inc., and MIRABUX, Inc.    Defendant

15    Starbucks Corporation shall recover the sum of $300,442.78 in fees and costs, plus post-

16    judgment interest in accordance with 28 U.S.C. section 1961.

18    DATED:  December 22, 2025

19    _____
                    DOLLY M. GEE
20                    Chief United States District Judge

-2-